THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK PESCE, Appellant.—

Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES DE LUISE, Relator, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT FLUDD, Relator, v. JOHN F. McNEILL, as Superintendent of Mattewan State Hospital, Respondent.—

Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ.; concur.